**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| **Iva Neppl,** | ) | **Case No.  4:19-cv-387** |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| **Wells Fargo Bank, National Association,** | ) | **Defendants' Notice of Removal** |
| **d/b/a Wells Fargo Home Mortgage, and** | ) |  |
| **Anita Vanlo,** | ) |  |
|  | ) |  |
| Defendants. | ) |  |

COME NOW Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Anita Vanlo (collectively "Defendants"), by and through their counsel, Faegre Baker Daniels LLP, and hereby remove the above-captioned civil action from the Iowa District Court in and for Polk County, Case No. LACL145913, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Federal Rule of Civil Procedure 81, and Local Rule 81.  As grounds for removal, Wells Fargo states the following:

1.      Plaintiff Iva Neppl filed her Petition at Law and Jury Demand ("Petition") on October 9, 2019, in the Iowa District Court in and for Polk County.  In her Petition, Plaintiff alleges retaliation prohibited by the Iowa Civil Rights Act, Iowa Code Chapter 216.

2.      Effective November 1, 2019, Defendants accepted service of the Original Notice and Petition.

3.      There have been no further proceedings in the Iowa District Court for Polk County in this action.

4.      Pursuant to 28 U.S.C. § 1446(b), *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), and Federal Rule of Civil Procedure 6, Defendants have

timely removed this action because this Notice of Removal is filed 30 days after they were served.

5. As required by Local Rule 81(a)(4), Wells Fargo states that for purposes of removal of this action from state court, this is an action where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between properly named citizens of different states. At the time this action was commenced, Plaintiff was and remains a citizen of Iowa. Defendant Wells Fargo Bank, N.A., was at the time this action was commenced and remains a federally chartered National Banking Association that is organized and exists under the National Banking Act, with its Main Office, as set forth in its Articles of Association, in the State of South Dakota. Wells Fargo is authorized to transact business in Iowa and has a physical location in West Des Moines. While Defendant Anita Vanlo may be a citizen of Iowa, her citizenship should be disregarded for purposes of diversity jurisdiction under the fraudulent joinder doctrine.[1] Thus, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a). *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006).

6. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to Defendants in this action are attached hereto as Exhibit "A," and by this reference incorporated here.

7. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Polk County and is being served on all adverse parties.

---

[1] Federal Rule of Civil Procedure 81(c)(2)(C) affords seven days after a notice of removal is filed to answer or present other defenses or objections under the Federal Rules. Within that time period, Defendants intend to file a motion to dismiss requesting that Defendant Anita Vanlo be dismissed from this action with prejudice.

WHEREFORE, Defendants give notice that the above-entitled action is removed from the Iowa District Court in and for Polk County.

Dated:  December 2, 2019.

**Faegre Baker Daniels LLP**

*/s/ Samantha M. Rollins*
Michael A. Giudicessi, *Lead Counsel*
 michael.giudicessi@faegrebd.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Samantha M. Rollins
 samantha.rollins@faegrebd.com
90 S. Seventh St. Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**Attorneys for Defendants**

**Certificate of Service**

The undersigned hereby certifies that a true copy of the foregoing **Defendants' Notice of Removal** was served upon counsel of record through the Court's CM/ECF electronic filing system on the 2nd day of December, 2019.

*/s/ Katie Miller*

Copy to:

Melissa C. Hasso
 mhasso@sherinianlaw.com
Mark D. Sherinian
 sherinianlaw@msn.com
Emily E. Wilson
 ewilson@sherinianlaw.com
Sherinian & Hasso Law Firm
521 E. Locust Street, Suite 300
Des Moines, IA 50309

*Attorneys for Plaintiff*

US.125737332.01

3